**2002–2120.  McClure v. W. Am. Ins. Co.**

Lucas App. No. L–02–1186, 2002-Ohio-6180. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur. RESNICK, J., not participating.

**2002–2152.  Curns v. Tibbals.**

In Habeas Corpus. On petition for writ of habeas corpus of Todd Curns. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–2160.  Baumgartner v. Emahiser.**

In Habeas Corpus. On petition for writ of habeas corpus of Elsebeth Baumgartner. Sua sponte, cause dismissed.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur. RESNICK, J., not participating.

## MOTION AND PROCEDURAL RULINGS

**1984–1660.  State v. Martin.**

Cuyahoga App. No. 47301. On motion to set execution date. Motion granted.

**2002–0945.  Pinchot v. Charter One Bank, F.S.B.**

Cuyahoga App. No. 79359, 2002-Ohio-1654. On motion to dismiss appeal. Motion denied.

O'CONNOR, J., not participating.

**2002–1785.  State ex rel. Preschool Dev., Ltd. v. Springboro.**

In Mandamus. On answer of respondent, city of Springboro. Sua sponte, alternative writ granted.

**2002–2008.  Theobald v. Univ. of Cincinnati.**

Franklin App. Nos. 02AP–560, 02AP–593, 02AP–597 and 02AP–598. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Memorandum Decision rendered on October 29, 2002:

"Does the employee of a state institution who participates in an immunity determination in the Ohio Court of Claims have standing to appeal the judgment of the Ohio Court of Claims to the Tenth District Court of Appeals?"

Sua sponte, cause consolidated with 2002–1815, *Theobald v. Univ. of Cincinnati*, Franklin App. Nos. 02AP–593, 02AP–597 and 02AP–598.

The conflict case is *Johns v. Horton*, Hamilton App. No. C–010672, 149 Ohio App.3d 252, 2002-Ohio-3802, 776 N.E.2d 1146, appeal accepted in 97 Ohio St.3d 1495, 2002-Ohio-7200, 780 N.E.2d 600.

**2002–2086.  State v. Wilson.**

Lucas App. No. L–01–1196, 2002-Ohio-5920. On motion for bond and motion for stay of execution of sentence. Motions denied.

**2002–2121.  Skala v. Grange Ins. Co.**

Summit App. No. 20941, 2002-Ohio-5040. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2002–1925, *Skala v. Grange Ins. Co.*, Summit App. No. 20941, 2002-Ohio-5040; causes held for the decision in *Westfield Ins. Co. v. Galatis*, Summit App. No. 20784, 2002-Ohio-1502; and briefing schedule stayed.

**2002–2126.  State v. Jackson.**

Cuyahoga App. No. 80879. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–2142.  State v. Quinn.**

Darke App. No. 1577, 2002-Ohio-5540. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.